**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Yefim Elikman

Plaintiff,

v.

Case No.: 1:15−cv−02093
Honorable Joan H. Lefkow

Sirius XM Radio, Inc.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 25, 2015:

MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 3/25/2015. Plaintiff's motion to continue [8] is granted. Plaintiff's amended motion for class certification [5] is continued to 5/13/2015 at 10:00 AM. Plaintiff#039;s motion to certify class [2] is stricken. Plaintiff's oral motion for leave to file second amended complaint by 4/1/2015 is granted. Status hearing is set for 5/13/2015 at 10:00 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.