**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINIOS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| YEFIM ELIKMAN, individually and on behalf of classes of similarly situated individuals, | ) | |
| Plaintiff, | ) | Case No. 15-cv-02093 |
| | ) | Hon. Joan H. Lefkow |
| vs. | ) | |
| SIRIUS XM RADIO, INC., a Delaware corporation, and CAREER HORIZONS, INC., an Indiana corporation, | ) | |
| Defendants. | ) | |

**~~[PROPOSED]~~ ORDER**

Based on a stipulation executed by and between counsel of record for the Plaintiff and Defendant Career Horizons, Inc., **IT IS HEREBY ORDERED** that Defendant Career Horizons, Inc. is granted an extension of time to answer or otherwise respond to the Second Amended Class Action Complaint (Doc. # 11) up to and including June 3, 2015.

**BY THE COURT:**

Dated: 5/8/2015, 2015

Joan H Lefkow
The Honorable Joan H. Lefkow