**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| YEFIM ELIKMAN, individually and on behalf of classes of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>SIRIUS XM RADIO, INC., a Delaware corporation, CAREER HORIZONS, INC., an Indiana corporation,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 15-cv-02093<br><br>Hon. Joan H. Lefkow |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CAREER HORIZONS, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**

PLEASE TAKE NOTICE that Plaintiff Yefim Elikman hereby voluntarily dismisses this case against Defendant Career Horizons, Inc. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

On April 1, 2015, Plaintiff filed a Second Amended Class Action Complaint against Defendants Sirius XM Radio, Inc. and Career Horizons, Inc. (Dkt. 11.)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action by filing a notice of dismissal before the defendant serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). In this case, neither Defendant has answered the Second Amended Class Action Complaint nor served a motion for summary judgment. In addition, no class has yet been certified in this matter.

Plaintiff hereby gives notice of his dismissal of Defendant Career Horizons, Inc., with prejudice as to Plaintiff and without prejudice as to the putative class members.

Dated: May 11, 2015

Respectfully submitted,

YEFIM ELIKMAN, individually and on behalf of a class of similarly situated individuals

By: /s/ Eugene Y. Turin
One of His Attorneys

Myles McGuire
Evan M. Meyers
Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
emeyers@mcgpc.com
eturin@mcgpc.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 11, 2015, I caused the foregoing *Plaintiff's Notice of Voluntary Dismissal of Defendant Career Horizons, Inc. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Eugene Y. Turin