IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YEFIM ELIKMAN, individually and on behalf of classes of similarly situated individuals,<br><br>       Plaintiff,<br><br>       v.<br><br>SIRIUS XM RADIO, INC., a Delaware corporation, CAREER HORIZONS, INC., an Indiana corporation,<br><br>       Defendant. | Civil Action No. 15-cv-02093<br><br>Hon. Joan H. Lefkow |

**MOTION TO STAY PENDING THE D.C. CIRCUIT'S REVIEW OF THE FEDERAL COMMUNICATIONS COMMISSION'S 2015 TCPA ORDER OR THE RESOLUTION OF CLASS CERTIFICATION ISSUES IN *HOOKER V. SIRIUS XM RADIO INC.***

Sirius XM Radio, Inc. seeks a stay of these proceedings to avoid wasting this Court's and the parties' resources and time. Plaintiff alleges that Sirius XM Radio Inc. ("Sirius XM") violated the Telephone Consumer Protection Act of 1991 by calling putative class members on their cellular phones via an "automatic telephone dialing system" (an "ATDS") without their prior express consent. *See* 47 U.S.C. § 227(b)(1)(A)(iii). On July 10, 2015, the Federal Communications Commission released an 81-page decision setting forth its view of what constitutes an ATDS. *See Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, Declaratory Ruling and Order, 30 FCC Rcd. 7961 (2015) ("2015 TCPA Order"). Sirius XM and a host of other parties are now challenging the 2015 TCPA Order in a pending D.C. Circuit appeal. This Court should stay these proceedings pending resolution of that appeal.

Alternatively, the Court should stay this case pending the resolution of class certification issues in *Hooker v. Sirius XM Radio Inc.*, No. 13-CV-3 (E.D. Va.). Plaintiff's own filings

demonstrate that *Hooker* involves factually and legally identical TCPA claims raised on behalf of the same purported nationwide class. Staying this case in favor of the much more advanced litigation in *Hooker* would conserve the Court's and the parties' resources and avoid the risk of inconsistent decisions.

On September 16, 2015, counsel for Sirius XM conferred with Plaintiff's counsel regarding the substance of this Motion. At that conference, Plaintiff's counsel expressed his opposition to the same.

WHEREFORE, for both the foregoing reasons and the reasons set forth in the contemporaneously filed Memorandum of Law, Sirius XM Radio, Inc. requests that this Court stay these proceedings pending the D.C. Circuit's adjudication of pending challenges to the 2015 TCPA Order, or stay these proceedings pending the resolution of class certification in *Hooker*.

Dated: September 17, 2015	Respectfully submitted,


/s/ *Kevin C. Knight*
Paula W. Render (06237954)
prender@jonesday.com
Kevin C. Knight (6309449)
kknight@jonesday.com
JONES DAY
77 West Wacker Drive
Chicago, IL 60601.1692
Telephone:	+1.312.782.3939
Facsimile:	+1.312.782.8585

Thomas Demitrack (of counsel)
tdemitrack@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone:	+1.216.586.3939
Facsimile:	+1.216.579.0212

Lee A. Armstrong (of counsel)
laarmstrong@jonesday.com
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone:	+1.212.326.3939
Facsimile:	+1.212.755.7306


ATTORNEYS FOR SIRIUS XM RADIO, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2015, I filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will send notification electronically to all counsel of record.

*/s/ Kevin C. Knight*