UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Yefim Elikman
                    Plaintiff,

v.                                             Case No.: 1:15−cv−02093
                                                    Honorable Joan H. Lefkow

Sirius XM Radio, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 22, 2015:

      MINUTE entry before the Honorable Joan H. Lefkow: Status and motion hearing held. Plaintiff's amended motion for class certification or, alternatively, for a deferred class certification ruling pending discovery [5] is entered and continued to 12/22/2015. Defendant's motion to stay [30] is entered. Plaintiff's response shall be filed by 10/20/2015; defendant's reply shall be filed by 11/3/2015. The court will rule electronically. Status hearing set for 12/22/2015 at 11:00 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.