## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| YEFIM ELIKMAN, individually and on behalf of classes of similarly situated individuals,<br><br>    Plaintiff,<br><br>  v.<br><br>SIRIUS XM RADIO INC., a Delaware corporation,<br><br>    Defendant. | Case No. 15-cv-02093<br><br>Hon. Joan H. Lefkow |

## JOINT NOTICE OF SETTLEMENT
## AND STIPULATION TO STRIKE STATUS HEARING

Plaintiff Yefim Elikman ("Plaintiff") and Defendant Sirius XM Radio Inc. ("Defendant") hereby notify this Honorable Court that on April 4-5, 2016, the Parties participated in a global private mediation with neutral Randall W. Wulff that resulted in a settlement involving this and other TCPA-related actions against Defendant. A global settlement agreement is being prepared, and the settlement process will be coordinated through the *Hooker v. Sirius* matter, No. 4:13-cv-00003, currently pending in the United States District Court for the Eastern District of Virginia.

Accordingly, the Parties hereby stipulate to, and request that the Court enter an Order. rescheduling the status hearing currently set for April 20, 2016 (Dkt. 42) until July 25, 2016, or any date thereafter in accordance with the Court's schedule.

-2-

IT IS SO STIPULATED.

Dated: April 18, 2016                                    Respectfully submitted,

/s/ Eugene Y. Turin                                      /s/ Kevin C. Knight
Eugene Y. Turin                                          Paula W. Render
eturin@mcgpc.com                                         prender@jonesday.com
Evan Meyers                                              Kevin C. Knight
emeyers@mcgpc.com                                        knight@jonesday.com
MCGUIRE LAW, P.C.                                        JONES DAY
55 W. Wacker Drive, 9th Fl.                              77 West Wacker
Chicago, IL 60601                                        Chicago, IL 60601-1692
Tel: (312) 893-7002                                      Tel: (312) 782-1555

Michael J McMorrow                                       Thomas Demitrack
mike@mjmcmorrow.com                                      tdemitrack@jonesday.com
MCMORROW LAW, P.C.                                       JONES DAY
1 North LaSalle Street, 44th Floor                       901 Lakeside Avenue
Chicago, IL 60602                                        Cleveland, OH 44114-1190
Tel: (312) 265-0708                                      Tel: (216) 586-7141

*Counsel for Plaintiff Yefim Elikman*                    *Counsel for Defendant Sirius XM Radio Inc.*

**IT IS SO ORDERED.**

Dated: _____, 2016          _____
                                          Hon. Joan Humphrey Lefkow
                                          U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2016, I electronically filed the foregoing *Joint Notice of Settlement and Stipulation to Strike Status Hearing* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to the following counsel of record.

Paula W. Render
prender@jonesday.com
Kevin C. Knight
knight@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL 60601-1692

Thomas Demitrack
tdemitrack@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114-1190

/s/ Eugene Y. Turin